NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of I.S., S.S., H.S., D.S., and J.H., children.<br><br>_____<br><br>S.S.,<br><br>        Appellant,<br><br>v.<br><br>DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM,<br><br>        Appellees.<br>_____ | Case No. 2D17-2990 |

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Manatee County; Teri Kaklis Dees, Judge.

Patrick R. Cunningham, Bradenton, for Appellant.

Stephanie C. Zimmerman of Children's Legal Services, Bradenton, for Appellee Department of Children and Families.

Laura J. Lee, Sanford, for Appellee Guardian ad Litem Program.

PER CURIAM.

The "Final Judgment for Termination and Permanent Commitment and Disposition (As to the children H.S., D.S., and J.S. ONLY)" is affirmed. The appeal from the "Order Granting the Petition to Terminate Mother's Parental Rights (as to the children I.S. and S.S. ONLY)" is dismissed as an appeal from a nonappealable, nonfinal order.

Affirmed in part; dismissed in part.

CASANUEVA, VILLANTI, and MORRIS, JJ., Concur.